LEWIS N. NORTHAM, as Assignee of WALLACE G. NORTHAM, Respondent, *v.* INTERNATIONAL INSURANCE COMPANY OF NEW YORK, Appellant.

*Northam* v. *International Ins. Co.*, 45 App. Div. 177, affirmed.
(Argued January 23, 1901; decided February 8, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 28, 1899, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court, and an order denying a motion for a new trial.

*Horace McGuire* for appellant.

*N. F. Breen* and *A. H. Sawyer* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: MARTIN, VANN, CULLEN and WERNER, JJ. Dissenting: PARKER, Ch. J., and GRAY, J. Not voting: BARTLETT, J.

---

GEORGE T. STONEMAN, as Assignee of ARTHUR G. GRAY, Appellant, *v.* ARTHUR VAN VECHTEN et al., Respondents.

*Stoneman* v. *Van Vechten*, 46 App. Div. 370, affirmed.
(Argued January 23, 1901; decided February 8, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 18, 1899, reversing a judgment in favor of plaintiff entered upon the report of a referee and granting a new trial.

*Samuel S. Hatt* for appellant.

*Henry E. Stern* and *Thomas A. Stoddart* for respondents.

Order affirmed and judgment absolute ordered for the defendants on the stipulation, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.